# United States District Court
### Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | CASE NUMBER: |
| Sandra Kay Young<br>Redwood Valley, CA 95470 | |

I, U.S. Ranger Ed Dunlavey, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about October 18, 2008, in Yosemite National_Park, in the Eastern District of California defendant did,

**Count 1:** Knowingly or intentionally possess a controlled substance - Marijuana, without a valid prescription, and not otherwise authorized by this sub-chapter or sub-chapter II of this chapter. . ., in violation of 21 United States Code section 844(a).
  **Maximum Penalty:** 1 year imprisonment and $100,000
  **Minimum Penalty:** $1,000 fine

**Count 2:** Knowingly or intentionally possess a controlled substance - Marijuana, in violation of 36 Code of Federal Regulations 2.35 (b)(2).
  **Maximum Penalty:**  6 months imprisonment and $5,000 fine.

**Count 3:** Exceeding the posted speed limit - in violation of 36 Code of Federal Regulations 4.21 (c).
  **Maximum Penalty:** 6 months imprisonment and $5,000 fine.

I further state that I am a U.S. Park Ranger and that this complaint is based on the following facts obtained from the personal observation and investigation of Ranger Raymond Drutis.

On October 18, 08 at approximately 1900 hours Ranger Raymond Drutis was on routine patrol westbound on the Tioga Road just west of the gas station when he observed a tan convertible exceeding the posted speed limit and estimated to be 50 mph in a 35 mph zone. This was confirmed by using the radar unit in moving mode that displayed a reading of 51 mph.

Ranger Drutis stopped the vehicle in front of the campground office. During the contact the driver was identified as Sandra Kay Young (DOB 4/28/46). Ranger Drutis detected the odor of burned marijuana. Ranger Drutis asked S. Young if she had any marijuana in the vehicle. She produced a small baggy with what appeared to be and was emanating the

odor of dried marijuana. Ranger Drutis asked S. Young if she had any more marijuana or any other illegal substances in the vehicle. She initially denied having any other illegal substances. Ranger Drutis then asked S. Young to step out of the vehicle. After explaining to S. Young that her vehicle would be searched to investigate for any further illegal substances, S. Young admitted to possessing approximately 2 pounds of marijuana that was in the trunk of her vehicle.

Ranger Drutis then conducted a search of the vehicle and found various items of marijuana smoking materials including a blue glass pipe, marijuana grinder and zig-zag papers. A search of the trunk produced two large bags of a dried green substance that was emanating the odor of dried marijuana and was later determined to be approximately 935.1 grams of marijuana. Several other small bags and individual amounts of marijuana were found in S. Young's possession that totaled an additional 78.9 grams for a total of 1014 grams of marijuana.

Ranger Drutis asked S. Young if the marijuana found in the vehicle belonged to her and she replied "yes".

Continued on the attached sheet and made a part hereof:
            ☐ Yes  X No
Speedy Trial Act Applies:  X Yes  ☐ No

I declare under penalty of perjury that the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

Executed on: 10/20/2008    _/s/ Ed Dunlavey_

    Date(mm/dd/yyyy)    Ed Dunlavey
               Yosemite National Park
               California

Sworn to before me and subscribed in my presence ~~(telephonic)~~, this 20th day of October, 2008, at 0945 hours, at Yosemite Nat Pk California.

_/s/ William M. Wunderlich_
Honorable William M. Wunderlich
U.S. Magistrate Judge
Eastern District of California